UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

Crim. No. 25-cr-139 (JMB/DTS)

v.

**ORDER OF DETENTION**

MARWAN ADEL TAWEELEH,

Defendant.

This matter came before the Court on April 11, 2025, for an initial hearing. (Minute Entry, Dkt. No. 7).  Assistant Federal Defender Matthew Deates represented Mr. Taweeleh. Assistant U.S. Attorney Syngen Kanassatega represented the United States. Mr. Taweeleh appeared before the Court, where the Court advised him of his constitutional rights and afforded him opportunity to consult with his counsel. *Id*. At the initial appearance, Mr. Taweeleh waived his right to a detention hearing, *see* 18 U.S.C. § 3142(f), but reserved the right to reopen detention proceedings in the future if circumstances change.  *Id*.

Specifically, Mr. Taweeleh, through counsel, stated that he is subject to an active Order of Detention in Hennepin County. Mr. Taweeleh reserves the right to reopen detention proceedings before this Court if the County's Order of Detention is resolved.

Accordingly, the Court concludes, by a preponderance of the evidence, that no condition or combination of conditions will reasonably assure Mr. Taweeleh's appearance at further proceedings. *See* 18 U.S.C. § 3142(g). The Court also concludes, by clear and convincing evidence, that no condition or combination of conditions will reasonably assure the safety of any other person and the community.  *Id*.

For the foregoing reasons, **IT IS HEREBY ORDERED** that:

1.  Mr. Taweeleh is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.  Mr. Taweeleh shall be afforded reasonable opportunity for private consultation with counsel; and

3.  Upon Order of the Court or by request of the United States Attorney, the person in charge of the corrections facility in which Mr. Taweeleh is confined shall deliver Mr. Taweeleh to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: April 22, 2025

*s/ John F. Docherty*
Hon. John F. Docherty
United States Magistrate Judge